UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFEFACTORY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LEAPFROG PRODUCT DEVELOPMENT, LLC,<br><br>    Defendant. | Case No. 14-cv-03257-JD<br><br>**ORDER TO SHOW CAUSE** |

On November 10, 2014, the Court denied Lifefactory's motion to file portions of its Certification of Interested Parties or Persons under seal and ordered it to file an unredacted version within seven days of the order. *See* Dkt. No. 33. A month later, Lifefactory has still not done so.

Lifefactory is ordered to show cause in writing why monetary sanctions should not be imposed for its failure to comply with the Court's order. Its response to this order is due by December 17, 2014.

**IT IS SO ORDERED**.

Dated: December 10, 2014

_____
JAMES DONATO
United States District Judge