UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFEFACTORY, INC., <br>     Plaintiff, <br> v. <br> LEAPFROG PRODUCT DEVELOPMENT, LLC, <br>     Defendant. | Case No.  14-cv-03257-JD <br><br> **ORDER DISMISSING CASE** |

The Court has been informed that this matter has settled.  The case is therefore dismissed **without** prejudice, with leave to reinstate on or before **thirty** days from the date of this order for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date.  In the event a request to reinstate the case is not filed and served on opposing counsel on or before that date, the dismissal will be **with** prejudice.

**IT IS SO ORDERED**.

Dated: December 17, 2014

_____
JAMES DONATO
United States District Judge